**AIRGO IP, LLC and Airgo Systems, LLC, Plaintiffs–Appellants,**

v.

**ARVINMERITOR, INC., Pressure Systems International, Inc., and Equalaire Systems, Inc., Defendants–Appellees.**

**Airgo IP, LLC and Airgo Systems, LLC, Plaintiffs–Appellees,**

v.

**ArvinMeritor, Inc., Pressure Systems International, Inc., and Equalaire Systems, Inc., Defendants–Appellants.**

**No. 2007–1538, 2007–1566, 2008–1051.**

United States Court of Appeals, Federal Circuit.

Jan. 11, 2008.

ON MOTION

*ORDER*

ArvinMeritor, Inc. et al. move to voluntarily dismiss appeal nos. 2007–1566 and 2008–1051. Airgo IP, LLC et al. (Airgo) consent and move for an extension of time, until February 15, 2008, to file their reply brief.

IT IS ORDERED THAT:

(1) The motion to voluntarily dismiss is granted. Each side shall bear its own costs in 2007–1566 and 2008–1051.

(2) The revised official caption in 2007–1538 is shown above.

(3) Airgo's motion for an extension of time is granted.

**Gloria Annette FORD, Plaintiff–Appellant,**

v.

**MEDICAL CENTER OF MESQUITE, Defendant–Appellee,**

and

**Texas Workforce Commission, Defendant–Appellee.**

**No. 2008–1087.**

United States Court of Appeals, Federal Circuit.

Jan. 14, 2008.

Gloria Annette Ford, pro se.

***ORDER***

Pursuant to this court's order filed December 6, 2007,

IT IS ORDERED THAT:

The appeal is hereby transferred to the U.S. Court of Appeals for the Fifth Circuit.